# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br>Ian Alan Olson<br>DOB: XX/XX/1990<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) Case No. 23 MJ 173 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of October 17, 2023 in the county of Waukesha in the Eastern District of Wisconsin, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g) | Felon in possession of a firearm and/or ammunition |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

*B. Busler*
Complainant's signature

FBI TFO Bradley Busler
*Printed name and title*

Sworn via telephone; transmitted via email pursuant to Fed. R. Crim. 4.1

Date: 11/3/2023

*William E. Duffin*
Judge's signature

City and state: Milwaukee, Wisconsin

U.S. Magistrate Judge William E. Duffin
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Bradley Busler, being first duly sworn on oath, on information and belief state:

### I. INTRODUCTION, BACKGROUND, TRAINING, AND EXPERIENCE:

1. I am a sworn law enforcement officer/Detective for the Waukesha County Sheriff's Office in Waukesha, Wisconsin, who is assigned as a Task Force Officer (TFO) on the Federal Bureau of Investigation's Joint Terrorism Task Force in Milwaukee, Wisconsin. I have been a sworn law enforcement officer since October 4, 2004, and in the position of TFO since March 3, 2022. In those capacities I have received training in, conducted, and assisted in conducting, investigations of state and federal-level crimes. Additionally, I have received training, and obtained experience in, identifying evidence of such crimes to include the identification, collection, and review of such evidence. As a TFO, I have been granted a Special Deputation by the United States Marshall Service and am authorized to investigate violations of laws of the United States and I am authorized to execute warrants issued under the authority of the United States.

2. I make the affidavit in support of a criminal complaint and arrest warrant for IAN ALAN OLSON, DOB: 03/01/1990. As discussed below, there is probable cause to believe that Olson violated federal law, namely, 18 U.S.C. § 922(g) (felon in possession of a firearm and/or ammunition).

3. This affidavit is based upon my personal knowledge and information reported to me by other federal, state, and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable. This affidavit is also based upon police reports, cooperating citizen witnesses statements, consent searches, defendant statements, search warrants, and recorded statements that I consider to be reliable as set forth herein.

4. Because this affidavit is submitted for the limited purpose of a obtaining a complaint and warrant, I have not included each and every fact known to me concerning this investigation. I have attempted to set forth only the facts that I believe are pertinent to establishing the necessary foundation for the complaint and warrant.

II. **PROBABLE CAUSE**

5. On or around April 13, 2021, a two count Indictment was filed in U.S. District Court for the Eastern District of Wisconsin charging Ian Alan Olson with offenses relating to his assault on uniformed military members in the Spring of 2021. Case No. 21-CR-077-BHL. In August 2021, Olson pleaded guilty to one count of Assault or Battery of U.S. Serviceman on Account of the Service, in violation of 18 U.S.C. § 1389(a). The maximum penalty associated with that felony offense was up to two years imprisonment and a $10,000 fine. On or around November 18, 2021, Olson was sentenced by U.S. District Judge Ludwig to 14 months in prison (with credit for time served in pretrial custody) and one year of supervised release.

6. On October 17, 2023, the City of Brookfield (Wisconsin) Police Department executed a search warrant at 4670 Woodfield Court, Apartment 7, Nashotah, Wisconsin. This address is known to be the current address for Ian Alan Olson. The warrant also covered a blue Subaru vehicle known to be used by Olson. The execution of the search warrant was part of an investigation into Olson for allegedly stalking and harassing members of the U.S. military at a local recruiting station.

7. During the execution of the warrant at the residence, officers found, among other things, a Glock 43 9mm pistol in a purse that appeared to belong to Cara Olson (Ian Olson's wife), and a Beretta 96, .40 caliber pistol, along with magazines and several rounds of unfired ammunition, in a metal box on a shelf in the master bedroom shared by Ian and Cara Olson. Cara

2

Olson told officers that the Glock pistol found in her purse was her firearm. Cara Olson said the Beretta pistol in the metal box in the master bedroom belonged to Ian Olson and that Ian had sold it to his mother but must have recently gotten it back. Officers also found numerous rounds of unfired ammunition, including many that appeared to be .40 caliber rounds, in a garage on the residence property.

8. The Beretta 96, .40 caliber pistol found in Olson's master bedroom was stamped Beretta USA with serial number BER383041. Information from the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") indicates that this firearm was manufactured in Maryland and therefore would have had to travel in interstate or foreign commerce prior to being found at Olson's residence.

9. Olson was not at the residence during the time of the search. Prior to the search of the residence, officers had phone contact with Olson and Olson later came to the Brookfield police station. At that time, Olson was taken into was taken into custody. He was advised of his *Miranda* rights and agreed to answer questions.

10. During the interview, Olson was asked if he owned any firearms. He said he did not. When asked about the pistol found in the box in his bedroom, Olson denied knowing there was a firearm in the house. When asked how the firearm got into his residence, Olson said something to the effect of "the owner put it there." Olson was further questioned about how the firearm got into his house and he ultimately said he did not want to speak about that matter.

11. Olson has been in state custody since his arrest on October 17, 2023. On November 2, 2023, a review of the jail calls placed by Olson while in custody at the Waukesha County Jail was conducted. Not all of Olson's jail calls were reviewed. The following are summaries (not necessarily verbatim) of parts of several jail calls:

3

a. On October 23, 2023, Olson called 262-719-2412 and spoke to his wife, Cara Olson. During the conversation, the Olsons spoke about the execution of the search warrant that took place at their residence and Ian Olson asked Cara Olson what was all taken from the residence. Cara responded noting some of the items that were taken. During the conversation, Cara Olson asked Ian Olson, "did you take that gun back from your mom?" Ian Olson was initially silent for several moments after this question, and Cara Olson ultimately responded, "so yeah?" Ian Olson did not respond.

b. On October 27, 2023, Ian Olson called 262-490-0565 and spoke with someone identified as "Mom" (I believe this to be Ian Olson's mother, Tracy Yochum, based on the context of the conversation). At one point during the conversation, Tracy asked Ian Olson, "Why did you take the gun?" Olson responded, "Why? Because the government threatened my life, Mom. Somebody took my information and took out a bunch of life insurance policies, so yeah Mom, I took it, ok, cause I have the right to defend my life."

c. On October 28, 2023, Ian Alan Olson called 262-490-0565 and again spoke to his mother, Tracy Yochum. At one point during the conversation, Olson stated, "The only reason I had that gun was because the government indirectly threatened my life."

### III. CONCLUSION

12. Based upon the above information, I submit there is probable cause to believe that Ian Alan Olson committed violations of 18 U.S.C. § 922(g), that is, being a felon in possession of a firearm and/or ammunition.