UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2024 MAY 29 P 12:05

CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IAN ALAN OLSON,<br><br>　　　　Defendant. | Case No. 24-CR-112<br><br>[18 U.S.C. §§ 922(g)(1) & 924(a)(2)] |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

1.　On or about October 17, 2023, in the State and Eastern District of Wisconsin,

**IAN ALAN OLSON,**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition which, prior to his possession of them, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2.　The firearm is more fully described as a Beretta, Model 96, .40 caliber, semiautomatic pistol bearing serial number: BER383041.

3.　The ammunition is more fully described as:

　　a.　six rounds of "40 S&W CBC" ammunition;

　　b.　five rounds of "40 S&W WIN" ammunition;

　　c.　three rounds of "40 S&W SPEER" ammunition;

　　d.　two rounds of "40 S&W R-P" ammunition;

  e.  two rounds of "40 S&W Federal" ammunition;

  f.  one round of "40 S&W Federal NT" ammunition;

  g.  one round of "40 S&W FC 15" ammunition;

  h.  one round of "40 S&W Blazer" ammunition; and

  i.  one round of "40 S&W PMC" ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

2

## FORFEITURE NOTICE

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth in this Indictment, the defendant, Ian Alan Olson, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the knowing violation of Section 922(g)(1), including, but not limited to:

a. a Beretta, Model 96, .40 caliber, semiautomatic pistol, with serial number: BER383041;

b. six rounds of "40 S&W CBC" ammunition;

c. five rounds of "40 S&W WIN" ammunition;

d. three rounds of "40 S&W SPEER" ammunition;

e. two rounds of "40 S&W R-P" ammunition;

f. two rounds of "40 S&W Federal" ammunition;

g. one round of "40 S&W Federal NT" ammunition;

h. one round of "40 S&W FC 15" ammunition;

i. one round of "40 S&W Blazer" ammunition; and

j. one round of "40 S&W PMC" ammunition.

A TRUE BILL:

FOREPERSON

Date: 29 MAY 2024

GREGORY HAANSTAD
United States Attorney