UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff,*

    *v.*                                                      Case No. 24-cr-112

IAN ALAN OLSON,

    *Defendant.*

## WAIVER OF RIGHTS UNDER
## INTERSTATE AGREEMENT OF DETAINERS

Ian Alan Olson, through counsel, requests that he be returned to his place of incarceration (the State of Wisconsin as the "sending state") pending further proceedings in the above-captioned case. After discussing the matter with counsel, and after reaching a considered decision, he hereby freely and voluntarily waives any right or claim which he may have pursuant to any and all requirements or remedies of the Interstate Agreement of Detainers (Public Law 91-538, 84 Stat. 1397-1403), including, but not limited to, Articles IV(c), IV(e) and V(e) of said Agreement.

The above-named defendant agrees to be returned to federal court in connection with any proceedings in the above-captioned case.

Date  June 13th 2024                   *[signature]*
                                                       IAN ALAN OLSON
                                                       *Defendant*

Date  June 13 2024                     *[signature]*
                                                       JOHN W. CAMPION
                                                       *Federal Defender Services of Wisconsin, Inc.*