# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br><br>Ian Alan Olson<br>*Defendant* | )<br>)<br>) Case No. 24-CR-112<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Ian Alan Olson, who is accused of an offense or violation on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Pretrial Release Violation Petition
☐ Violation Notice ☐ Order of Court

This offense is briefly described as follows:
18:922(g) - FELON IN POSSESSION OF A FIREARM

Date: May 29, 2024

*s/* T. Byal
*Issuing officer's signature*

GINA M. COLLETTI, Clerk, U.S. District Court
By: T. Byal, Deputy Clerk
*Printed name and title*

City and State: Milwaukee, Wisconsin

### Return

This warrant was received on *(date)* May 29, 2024, and the person was arrested on *(date)* June 13, 2024
at *(city and state)* Milwaukee, WI.

Date: June 13, 2024

*Arresting officer's signature*

Patrick Whitton Deputy U.S. Marshal
*Printed name and title*