UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff*,

    Case No. 24-cr-112

*vs*.

IAN OLSON,

    *Defendant*.

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

Ian Olson moves this court to amend his conditions of release to allow him to attend the weekly drug testing requirements of his state court bond conditions.

1.    On May 29, 2024, the government obtained an indictment charging Mr. Olson with knowingly possessing a firearm and ammunition after being convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of 18. U.S.C. 922(g)(1) and 924(a)(8). Dkt. 2. Mr. Olson was arraigned on June 13, 2024, before Magistrate Judge Nancy Joseph, and entered a not guilty plea. Dkt. 5.

2.    Judge Joseph entered an order setting Mr. Olson's very strict conditions of release, including location monitoring at the home incarceration level. Dkt. 7. The Court further ordered that Olson abide by the bond conditions the Waukesha County Circuit Court set in his case[1] if he were released (including to submit to testing for prohibited substances).

---

[1] *State of Wisconsin v. Ian Olson,* Waukesha County Case No. 2023CF1647

*Federal Defender Services*
*Of Wisconsin, Inc.*

3. On, ___, Olson filed a motion to modify the conditions to allow him to leave his residence to attend a drug test required by the state court bond. __. The Court granted that motion. At that initial drug testing appointment, Olson learned that he must participate in weekly drug testing at WCS. After conferring with Olson's assigned federal pretrial services officer, it was determined that due to his location monitoring level, he needed court authorization to leave his residence for any purpose not related to his federal case, including these drug testing appointments at WCS or court hearings in the state case.

4. Thus, Mr. Olson asks that the Court allow him to leave his residence for purposes related to his bond conditions in the Waukesha matter, including drug testing and attending court. Doing so will prevent the defense from having to file a motion for each appointment or court hearing. Mr. Olson will continue to advise pretrial services of the date, time, and location of all required appointments and hearings. All other conditions of release will remain in place.

5. Undersigned counsel has communicated with Assistant United States Attorney Ben Proctor, who indicated that the government does not object to this request.

For these reasons, Ian Olson moves this court to amend his conditions of release to allow an exception to the home incarceration for him to attend the drug testing appointments and court hearings required by his state court bond conditions.

Dated at Milwaukee, Wisconsin, this 26th day of June, 2024.

> Respectfully submitted,
>
> /s/   *John W. Campion*
> Joshua D. Uller, WI Bar #1055173
> Federal Defender Services
>   of Wisconsin, Inc.
> 411 E. Wisconsin Avenue, Suite 2310
> Milwaukee, WI 53202
> Tel. (414) 221-9900
> Email: joshua_uller@fd.org
>
> *Counsel for Defendant*, Ian Olson

3

*Federal Defender Services*
*Of Wisconsin, Inc.*
Case 2:24-cr-00112-PP-SCD   Filed 06/26/24   Page 3 of 3   Document 12